IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01107-PSF-MEH

SHIRLEY SHOOK,

    Plaintiff,

v.

JED J. TATSUYAMA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 30, 2006.**

    Plaintiff's Unopposed Motion to Amend Complaint [Filed November 20, 2006; Docket #16] is **granted**. The Clerk of the Court is directed to **strike** Docket #17 as improperly filed, and re-file the Amended Complaint [Docket #17] on this date.