IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01107-PSF-MEH

SHIRLEY SHOOK,

     Plaintiff,

v.

JED J. TATSUYAMA, M.D., and
GEORGE GIBSON, M.D.,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 15, 2007.**

     Defendant's Unopposed Motion to Modify Scheduling Order [Filed May 14, 2007; Docket #48] is **granted**. The parties shall have until June 30, 2007, to complete the depositions of John Kurish, D.O., Harvey McClung, M.D., and Dumont Clark, M.D.