IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01107-PSF-MEH

SHIRLEY SHOOK,

    Plaintiff,

v.

JED J. TATSUYAMA, M.D., and
GEORGE GIBSON, M.D.,

    Defendant

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    This matter is before the Court on the Stipulation Motion to Dismiss Defendant (Dkt. # 55).  The Court hereby ORDERS the DISMISSAL WITH PREJUDICE of all claims and causes of action against Defendant George Gibson, M.D., each party to bear his or her own fees and costs.

    IT IS FURTHER ORDERED that the caption on future filings in this case be amended to reflect that Jed J. Tatsuyama, M.D. is the sole remaining defendant in this action.

DATED:  June 14, 2007