IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01107-PSF-KLM

SHIRLEY SHOOK,

    Plaintiff,

v.

JED J. TATSUYAMA, M.D.,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    The Motion to Withdraw (Dkt. # 65), filed August 9, 2007, is GRANTED. The Court hereby ORDERS that Attorney Amy Cook-Olson is permitted to withdraw as counsel for former Defendant George Gibson, M.D. in this matter, effective immediately. The Court further DIRECTS that all electronic noticing and service to Ms. Cook-Olson in this matter be discontinued.

DATED: August 13, 2007