IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01107-MSK-KLM

SHIRLEY SHOOK,

    Plaintiff(s),

v.

JED J. TATSUYAMA, M.D.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's [Unopposed] Motion to Conduct Private Mediation in Place of Court Settlement Conference on April 10, 2008 [Docket No. 71; Filed February 21, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Settlement Conference set for April 10, 2008 at 3:30 p.m. is **vacated** and will be reset upon joint motion of the parties.

    In addition, the Court refers the parties to the civil action number listed in the above caption and directs them to utilize this number in all future pleadings.

Dated: February 22, 2008