IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01107-MSK-KLM

SHIRLEY SHOOK,

    Plaintiff,

v.

JED J. TATSUYAMA, M.D.,

    Defendant.

___

## ORDER DIRECTING CLERK TO CLOSE CASE
___

THIS MATTER comes before the Court on the Plaintiff's Motion to Vacate Trial Preparation Conference Scheduled for May 9, 2008 at 4:00 PM (Motion) **(#75)**. Having reviewed the Motion, the Court

**FINDS** that the parties have resolved all claims by settlement and therefore the case should be closed.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**. The Clerk is directed to close this case, **effective May 23, 2008**.

DATED this 8th day of May, 2008.

                BY THE COURT:

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge